44106. DALLAS BLUE HAVEN POOLS, INC. v. TASLIMI.
(354 SE2d 160)

MARSHALL, Chief Justice.

We granted certiorari to examine the holding of the Court of Appeals in *Dallas Blue Haven Pools v. Taslimi*, 180 Ga. App. 734 (350

SE2d 265) (1986), that Rule 6.3 of the Uniform Superior Court Rules (253 Ga. 801, 817) is not inconsistent with OCGA § 9-11-56 (c), and that, under each or all of three stated bases, it was not error for the trial court to grant a summary judgment in accordance with Rule 6.3 without an oral-argument hearing, where neither party requested such a hearing. This case is controlled by *Kelley v. First Franklin Financial Corp.*, 256 Ga. 622 (351 SE2d 443) (1987).

*Judgment affirmed. All the Justices concur.*

DECIDED MARCH 3, 1987.

*Gibson & Deal, John W Gibson, James B. Deal,* for appellant.
*Kitchens, Kelley, Gynes, Huprich & Schmerling, Mark A. Kelley,* for appellee.